1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Trujillo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>              Plaintiff,<br><br>       vs.<br><br>MARGARET E. PETERSEN, Trustee of the BYPASS TRUST UNDER THE DON R. PETERSEN AND MARGARET E. PETERSEN TRUST dated April 29, 1998, et al.,<br><br>              Defendants.<br><br>AND RELATED CROSS-CLAIMS. | No. 1:16-cv-00728-DAD-EPG<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for August 30, 2016, pursuant to the Court's Order Setting Mandatory Scheduling Conference dated May 26, 2016 (Dkt. 4-1);

//

//

//

WHEREAS, on July 20, 2016, Defendant/Cross-Claimant Esteban Lopez dba Super Hi-Tek Hydro ("Lopez") filed an Answer and Cross-Claim against Defendant/Cross-Defendant Margaret E. Petersen, Trustee of the Bypass Trust Under the Don R. Petersen Trust dated April 29, 1998 ("Petersen"); and Cross-Defendant Randal S. George, individually and as Trustee of George Family Trust ("Randal George") (Dkt. 8);

WHEREAS, on July 20, 2016, Defendant/Cross-Claimant Marcos Guillermo Marin dba Tint Master[1] ("Marin," and together with Lopez, "Cross-Claimants") filed an Answer and Cross-Claim against Defendant/Cross-Defendant Margaret E. Petersen, Trustee of the Bypass Trust Under the Don R. Petersen Trust dated April 29, 1998 ("Petersen"); and Cross-Defendant John F. George dba John F. George Rental Properties ("John George," and together with Randal George and Petersen, "Cross-Defendants") (Dkt. 9);

WHEREAS, on August 1, 2016, Plaintiff Jose Trujillo ("Plaintiff") filed a First Amended Complaint (Dkt. 10) also naming Randal George and John George as defendants;

WHEREAS, Plaintiff served Petersen with the First Amended Complaint on August 15, 2016, as set forth in the proof of service on file with the Court (Dkt. 12), and thus Petersen's response to the First Amended Complaint is due September 6, 2016;

WHEREAS, Plaintiff is diligently attempting to effect service of the First Amended Complaint on Randal George and John George, and expects to do so within 90 days of the filing of the First Amended Complaint as required by Federal Rule of Civil Procedure 4(m), which is October 31, 2016;

WHEREAS, Cross-Claimants have not yet effected service of their Cross-Claims on any of the Cross-Defendants;

NOW, THEREFORE, Plaintiff and the Cross-Claimants, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for August 30, 2016 to a date at the Court's convenience after November 28, 2016, to allow time for Plaintiff and the Cross-Claimants to effect service of their respective pleadings, for the

---

[1] Marin was dismissed from Plaintiff's claims on August 19, 2016 (Dkt. 13).

Cross-Defendants to make an appearance, and for the Parties to meet and confer and file a joint scheduling report.

Date: August 22, 2016                                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Trujillo

Date: August 22, 2016                                YARRA, KHARAZI & CLASON

*/s/ H. Ty Kharazi*
H. Ty Kharazi
Attorneys for Defendants/Cross-Claimants
Marcos Guillermo Marin dba Tint Master and
Esteban Lopez dba Super Hi-Tek Hydro

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for August 30, 2016, is continued to November 30, 2016, at 9:30 am in Courtroom 10, before Magistrate Judge Erica P. Grosjean. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **August 22, 2016**                                /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE