UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET E. PETERSON, trustee of the BYPASS TRUST UNDER THE DON R. PETERSEN AND MARGARET E. PETERSEN TRUST dated April 29, 1998, et al.,<br><br>　　　　Defendants. | No. 1:16-cv-00728-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT MARCOS GUILLERMO MARIN D/B/A TINT MASTER<br><br>(Doc. No. 13) |

On August 19, 2016, the parties filed a joint stipulation dismissing defendant Marcos Guillermo Marin d/b/a Tint Master from this action without prejudice. (Doc. No. 13.) In light of the parties' stipulation, defendant Marcos Guillermo Marin d/b/a Tint Master has been dismissed without prejudice. S*ee* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to terminate defendant Marcos Guillermo Marin d/b/a Tint Master from this action.

IT IS SO ORDERED.

Dated: __**August 22, 2016**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1