G. Andrew Slater #238126
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
E-mail: aslater@dowlingaaron.com

Attorneys for Defendants
MARGARET E. PETERSEN, Trustee of the BYPASS
TRUST UNDER THE DON R. PETERSEN AND
MARGARET E. PETERSEN TRUST dated April 29, 1998

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARGARET E. PETERSEN, Trustee of the BYPASS TRUST UNDER THE DON R. PETERSEN AND MARGARET E. PETERSEN TRUST dated April 29, 1998, MARCOS GUILLERMO MARIN dba TINT MASTER; ESTEBAN LOPEZ dba SUPER HI-TEK HYDRO,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No. 1:16-CV-00728-DAD-EPG<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MARGARET E. PETERSEN, Trustee of the BYPASS TRUST UNDER THE DON R. PETERSEN AND MARGARET E. PETERSEN TRUST dated April 29, 1998 TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOSE TRUJILLO ("Plaintiff") and Defendant MARGARET E. PETERSEN, Trustee of the BYPASS TRUST UNDER THE DON R. PETERSEN AND MARGARET E. PETERSEN TRUST dated April 29, 1998 ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendant may have to and including September 27, 2016 to file a responsive pleading in this matter with regard to Plaintiff's First Amended Complaint. This extension of time does not alter the date of any event or any deadline already

fixed by Court order. Plaintiff and Defendant previously stipulated to an extension of time for Defendant's responsive pleading such that it is currently due on September 20, 2016. Good cause exists for this further extension as the parties are attempting to achieve a settlement agreement.

Dated: September 20, 2016  MOORE LAW FIRM, P.C.

By: /s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff
JOSE TRUJILLO

Dated: September 20, 2016  DOWLING AARON INCORPORATED

By: /s/ G. Andrew Slater
G. ANDREW SLATER
Attorneys for Defendant
MARGARET E. PETERSEN, Trustee of the BYPASS TRUST UNDER THE DON R. PETERSEN AND MARGARET E. PETERSEN TRUST dated April 29, 1998

## **ORDER**

The Parties having so stipulated and good cause appearing,

Defendant, MARGARET E. PETERSEN, Trustee of the BYPASS TRUST UNDER THE DON R. PETERSEN AND MARGARET E. PETERSEN TRUST dated April 29, 1998, shall have up to and including **September 27, 2016** within which to file a responsive pleading to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: **September 20, 2016**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE