UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET E. PETERSON, trustee of the BYPASS TRUST UNDER THE DON R. PETERSEN AND MARGARET E. PETERSEN TRUST dated April 29, 1998, et al.,<br><br>    Defendants. | No. 1:16-cv-00728-DAD-EPG<br><br><u>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE CERTAIN CROSS CLAIMS</u><br><br>(Doc. No. 34) |

On October 25, 2016, defendant Marcos Guillermo Marin, defendant Margaret E. Peterson, and defendant John F. George filed a joint stipulation dismissing cross claims against each other. (Doc. No. 34.) Specifically, they stipulated:

1) Defendant Marin will dismiss any and all cross-claims arising out of the events or occurrences that are the subject of the *Trujillo* lawsuit, case number 1:16-cv-00728-DAD-EPG, against defendant Peterson, individually or as trustee;

2) Defendant Peterson, individually and as trustee, will, without prejudice, dismiss any and all cross-claims arising out of the events or occurrences that are the subject of the *Trujillo* lawsuit, case number 1:16-cv-00728-DAD-EPG, against defendant Marin;

/////

1

3) Defendant Marin will dismiss without prejudice any and all cross-claims arising out of the events or occurrences that are the subject of the *Trujillo* lawsuit, case number 1:16-cv-00728-DAD-EPG, against defendant George; and

4) Defendant George will not file any cross-claims arising out of the events or occurrences that are the subject of the Trujillo lawsuit, case number 1:16-cv-00728-DAD-EPG, against defendant Marin.

In light of the parties' stipulation, the aforementioned cross claims are dismissed without prejudice and the Clerk of the Court is directed to terminate them from this action. S*ee* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). As also stipulated to by the parties, any issues and counter claims between Peterson Trust and John George will proceed and this order does not affect the proceedings with respect to issues raised between those parties.

IT IS SO ORDERED.

Dated: **October 25, 2016**

*Dale A. Drozd*

UNITED STATES DISTRICT JUDGE