UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET E. PETERSON, trustee of the BYPASS TRUST UNDER THE DON R. PETERSON AND MARGARET E. PETERSEN TRUST, dated April 29, 1998, et al.,<br><br>    Defendants. | No. 1:16-cv-00728-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 41) |

On December 6, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party bearing its own costs and attorneys' fees. (Doc. No. 41.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **December 7, 2016**

                                                                         UNITED STATES DISTRICT JUDGE

1